October 20, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF THE MARRIAGE OF JESUS GARZA AND ANNA
MARIA GARZA

NO. 14-15-00777-CV

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 2, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Jesus Charles Garza.

We further order this decision certified below for observance.